IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEITH DENNIS                                                                                                           PLAINTIFF

vs.                                            Case No. 1:08-cv-1062

MICHAEL J. ASTRUE, Commissioner,                                                       DEFENDANT
Social Security Administration

**J U D G M E N T**

Now on this 18th day of August 2009, comes on for consideration the Report and Recommendation dated July 30, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  Accordingly, the Court hereby adopts the Report and Recommendation (Doc. 37) *in toto* and affirms the decision of the Administrative Law Judge.

IT IS SO ORDERED.

/s/   Harry F. Barnes
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE